FILED
99 JUL 14 PM 1:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COSTILLO ARTEEN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-B-0826-S |
| | ) | |
| WARDEN BILLY MITCHEM, | ) | |
| SERGEANT ERIC JONES, | ) | |
| LT. HERBERT ETHERIDGE, | ) | |
| and KIM THOMAS | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JUL 1 4 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 25, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on June 22, 1999. Plaintiff objects to the court's finding that he has access to an adequate law library. However, plaintiff has not submitted any facts to show that he has suffered any actual injury as a result of inadequacies of the prison law library.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of July, 1999.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE